**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **TEARIE REGISTER,** | |
| *Plaintiff,* | |
| **v.** | **CIVIL ACTION NO.** **5:26-cv-00216-TES** |
| **MACON BIBB COUNTY,** | |
| *Defendant.* | |

**ORDER REMANDING CASE NUMBER 26-SCCV-102447**

Pro se Plaintiff Tearie Register filed a Complaint on March 4, 2026, in Bibb County State Court regarding several incidents, all of which she attributes to negligence on behalf of the City of Macon. [Doc. 1-3, pp. 17–23]. On June 1, 2026, Plaintiff filed a Notice of Removal from Bibb County State Court, stating that "the subject matter jurisdiction belongs to the federal court." [Doc. 1, p. 1]. But, a state court Plaintiff cannot remove a case to federal court. 42 U.S.C. § 1446(a) (stating that only a "defendant or defendants" may remove). Therefore, Plaintiff cannot remove her state court action to this Court.

Even if she could remove this action to this court, Plaintiff does not meet any of the requirements for removal under § 1446 except for the amount in controversy [Doc. 1-3, pp. 24–26]. There is no diversity of citizenship here, and her claims do not pertain to

actions against foreign states. Furthermore, despite her assertion that there are constitutional issues here, Plaintiff's state court Complaint does not raise constitutional issues, but instead relies on Georgia law. [Doc. 1-3, pp. 22–23]. Her citation for a constitutional issue is 18 U.S.C. § 1365(h)(3), but § 1365 is a criminal statute that applies to tampering with consumer products and does not provide a private cause of action. The Court simply cannot hear Plaintiff's removed case.

## <u>CONCLUSION</u>

Accordingly, the Court **REMANDS** case number 26-SCCV-102447 back to the Bibb County State Court. The Court **DENIES** both Plaintiff's Motion to Amend and Motion to Proceed *In Forma Pauperis* **as moot**. [Doc. 2]; [Doc. 3].

**SO ORDERED**, this 2nd day of June, 2026.

<u>S/ Tilman E. Self, III</u>
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**