IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TEARIE REGISTER, | | * |
| | Plaintiff, | * |
| v. | | Case No.  5:26-cv-00216-TES |
| | | * |
| MACON BIBB COUNTY, | | |
| | | * |
| | Defendant. | |
| | | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 2, 2026, and for the reasons stated therein, JUDGMENT

is hereby entered remanding this case to the  State Court of  Bibb County, Georgia.

This 3rd day of June, 2026.

David W. Bunt, Clerk


s/ Erin Pettigrew, Deputy Clerk